**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X             Chapter 13
IN RE:                                                                   Case No: 17-74370-ast

    Ira Litkofsky,                                    **SECOND AMENDED**
                                                                         **CHAPTER 13 PLAN**
        Debtor(s).
-----------------------------------------------------------X

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of 60 months, the sum of:

   $1,100.00 commencing August, 2017 through and including October, 2017 for a period of 3 months; followed by,

   $1,137.00 commencing November, 2017 through and including July, 2022 for the remaining 57 months;

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.
       1. Unpaid Attorney's Fees of $2,500.00
       2. Internal Revenue Service – 2014, 2015 & 2016 Income Taxes - $4,215.79
       3. New York State – 2016 Income Taxes - $1,445.59

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   CIT Bank – Mortgage (acct ending in #7935) on 678 Carlyle Avenue, Franklin Square, NY – $51,434.57 in arrears

   Deval LLC/H.U.D. – Second Mortgage (acct ending in #2213) on 678 Carlyle Avenue, Franklin Square, NY – No monthly payments to be made by Trustee and will be paid according to note and mortgage.

   Honda Financial Services - auto lease on 2016 Honda Civic (acct ending in #3517) – Current

   (c) Subsequent and/or concurrently with distribution to secured, priority, and administrative creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim of not less than 100% (percent).**

3. The Debtor shall make all post-petition payments, including but not limited to mortgage payments, vehicle payments, real estate taxes and income taxes, outside the plan.

4. All lease agreements are hereby assumed, unless specifically rejected as follows:
       None

5. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), less than one hundred percent (100%), the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

6. Title to the debtor(s) property shall revest to the debtor(s) upon completion of the plan or dismissal of the case, unless otherwise provided in the Order confirming the plan. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $2,000.00 without written consent of the Chapter 13 Trustee or the Court.

s/ *[signature]*
Ira Litkofsky

s/ *[signature]*
Scott R. Schneider, Esq.
Attorney for Debtor
Dated: October 17, 2017